IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVINO BRAXTON, | : | CIVIL ACTION NO. 4:23-CV-89 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 23rd day of June, 2023, upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's complaint (Doc. 1) is DISMISSED.

2. Plaintiff's negligence claims against defendants Schindler and the United States arising from Schindler's alleged failure to diagnose Braxton's multiple myeloma are dismissed without prejudice.

3. All other claims asserted in the complaint are dismissed with prejudice.

4. Plaintiff's motion for reconsideration (Doc. 8) is DENIED.

5. Plaintiff may file an amended complaint on or before **July 23, 2023** to cure the deficiencies identified in the court's memorandum opinion, which shall be limited to the negligence claims against defendants Schindler and the United States arising from Schindler's alleged failure to diagnose Braxton's multiple myeloma. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

6.       If plaintiff does not file an amended complaint by the above date, this case shall be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

                                               /S/ CHRISTOPHER C. CONNER
                                               Christopher C. Conner
                                               United States District Judge
                                               Middle District of Pennsylvania